UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUSAN L. NASON,

     Plaintiffs,                           Case No. 3:16-cv-49

vs.

COMMISSIONER OF SOCIAL SECURITY,    District Judge Thomas M. Rose
                                               Magistrate Judge Michael J. Newman

     Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 14)

---

       The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

       Accordingly, it is hereby **ORDERED** that:

    1.    The Report and Recommendation (Doc. #14) is **ADOPTED** in full; and

    2.    The Commissioner's motion to dismiss (Doc. #12) is **DENIED**;

    **IT IS SO ORDERED.**

Date: June 21, 2017                  *s/Thomas M. Rose

                                          _____
                                          Thomas M. Rose
                                          United States District Judge